# MEMORANDUM DECISIONS

BANKARD v. IRVINE. (Circuit Court of Appeals, Fourth Circuit. February 23, 1911.) No. 1,006. In Error to the Circuit Court of the United States for the District of Maryland, at Baltimore. Joseph C. France, for plaintiff in error. W. Calvin Chestnut, J. Morfit Mullen, and Fred. C. Rector, for defendant in error. Before GOFF and PRITCHARD, Circuit Judges, and McDOWELL, District Judge.

PER CURIAM. We find no error, and the judgment of the trial court is affirmed. See Irvine v. Bankard, 181 Fed. (C. C.) 206.

---

BANK OF MARION v. NORWOOD. (Circuit Court of Appeals. Fourth Circuit. February 15, 1911.) No. 978. Appeal from the District Court of the United States for the District of South Carolina, at Charleston, in Bankruptcy. B. A. Hagood and F. L. Willcox (Willcox & Willcox, on the brief), for appellant. J. W. Johnson and L. D. Lide (Montgomery & Lide, on the brief), for appellee. Before PRITCHARD, Circuit Judge, and DAYTON and CONNOR, District Judges.

PER CURIAM. In a very clear and admirable opinion (178 Fed. 487) the learned judge who determined this case below has discussed the law and facts involved in it. We are in full accord with his reasoning and the conclusions arrived at by him, and therefore direct the decree complained of to be in all respects affirmed.

---

BARREDA Y OSMA v. BROWN et al. (Circuit Court of Appeals, Fourth Circuit. February 8, 1911.) No. 997. Appeal from the Circuit Court of the United States for the District of Maryland, at Baltimore. S. S. Field (James H. Preston and F. C. Dugan, on the brief), for appellant. Edgar H. Gans, for appellees. Before PRITCHARD, Circuit Judge, and McDOWELL and ROSE, District Judges.

PER CURIAM. We find no error. The decree below (180 Fed. 194) is affirmed with costs. Affirmed.

---

In re BOEKER. (Circuit Court of Appeals, Eighth Circuit. December 15, 1910.) No. 108. On Petition for Review. Chester H. Krum, for petitioner. Walter H. Saunders, for respondent.

PER CURIAM. Dismissed, with costs, for failure to print record, on motion of respondent.

---

C. B. NASH CO. v. CITY OF COUNCIL BLUFFS et al. (Circuit Court of Appeals, Eighth Circuit. January 17, 1911.) No. 3,458. Appeal from the Circuit Court of the United States for the Southern District of Iowa. For opinion below, see 174 Fed. 182. Lodowick F. Crofoot and Edgar H. Scott, for appellant. Clem F. Kimball, Emmet Tinley, and W. E. Mitchell, for appellees.

PER CURIAM. Dismissed, at costs of appellant, per stipulation, with prejudice to future action. Appellees waive claim for damages under injunction bond.